IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| JEFF BANKER and SAMMYE BANKER,<br><br>Plaintiffs,<br><br>v.<br><br>FIFTY PLUS RACING FOUNDATION, INC., OLTHOFF RACING, INC., DENNIS OLTHOFF, JOHN DOE and JOHN DOE CORPORATION<br><br>Defendants. | Civil Action File No.<br>1:20-CV-00228-DCLC-CHS |

## STIPULATION OF DISMISSAL

COME NOW Plaintiffs Jeff Banker and Sammye Banker and Defendants Fifty Plus Racing Foundation, Inc., Olthoff Racing, Inc. and Dennis Olthoff and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 29th day of April, 2021.

*Signatures on following page*

| FRIED GOLDBERG LLC | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC |
|---|---|
| */s/ Michael L. Goldberg*<br>**MICHAEL L. GOLDBERG**<br>Tennessee BPR No.: 035863<br>3550 Lenox Road N.E.<br>Suite 1500<br>Atlanta, GA 30326<br>404-591-1800<br>michael@friedgoldberg.com<br><br>*Counsel for Plaintiffs* | */s/ Joshua A. Powers*<br>**JOSHUA A. POWERS**<br>Tennessee BPR No.: 035863<br>633 Chestnut Street<br>Suite 1900<br>Chattanooga, TN 37450<br>423-756-2010<br>jpowers@bakerdonelson.com<br><br>*Counsel for Defendant Fifty Plus Racing Foundation, Inc.*<br><br>**PATTY & YOUNG, ATTORNEYS AT LAW, LLC**<br><br>*/s/ Christopher M. Harris*<br>**CHRISTOPHER M. HARRIS**<br>Tennessee BPR No.: 032952<br>7731 Nashville Street<br>Ringgold, GA 30736<br>706-935-9100<br>chrisharris@pattylaw.com<br><br>*Counsel for Defendants Dennis Olthoff and Olthoff Racing, Inc.* |

# CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for Plaintiff with a copy of the within and foregoing STIPULATION OF DISMISSAL by filing same electronically with the Court through the CM/ECF system, which will automatically send email notification of this filing to the following counsel of record:

Joshua A. Powers
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
633 Chestnut Street
Suite 1900
Chattanooga, TN 37450

Christopher M. Harris
Patty & Young, Attorneys at Law, LLC
7731 Nashville Street
Ringgold, GA 30736

Dated on April 29, 2021.

**FRIED GOLDBERG LLC**

*/s/ Michael L. Goldberg*
**MICHAEL L. GOLDBERG**
Tennessee BPR No.: 035863